UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| AUTOMOBILI LAMBORGHINI AMERICA, LLC, a Delaware limited liability company,<br><br>   Plaintiff,<br><br> v.<br><br>GOLD COAST EXOTIC IMPORTS, LLC, d/b/a Lamborghini Gold Coast, an Illinois limited liability company; JOSEPH J. PERILLO, SR., an individual; and TAHIR ALI KANWAR, an individual,<br><br>   Defendants. | Case No. 1:24-cv-00162<br><br>**Hon. Rebecca R. Pallmeyer** |

## JOINT STATUS REPORT

Pursuant to the Court's July 1 2025 Minute Order, Plaintiff Automobili Lamborghini America, LLC and Defendants Gold Coast Exotic Imports, LLC, Joseph J. Perillo, Sr., and Tahir Ali Kanwar hereby provide this joint status report regarding settlement efforts and discovery.

The parties' settlement discussions are continuing and the parties are optimistic that an agreement can be reached that will lead to a resolution of this case in the coming days. If and when that occurs, the parties anticipate requesting a stay of this case to allow time for the executory conditions of that proposal to occur.

In the meantime, the parties are continuing in their written discovery efforts and have made significant progress toward resolving any outstanding discovery-related disputes without the Court's intervention. Those discussions are ongoing. As part of these meet and confer efforts, the parties previously agreed that Defendants could limit their document production with respect to

several of Plaintiff's documents requests to a subset of specific vehicles, transactions, and customers in the first instance, with Plaintiff to then conduct an on-site inspection of a broader set of sales transaction documents (called deal jackets), and then conduct further discovery based on the results of that inspection.

Pursuant to that compromise, Plaintiff conducted an inspection of Gold Coast deal jacket files in May and June and is in the process of reviewing the more than 40,000 pages it collected during that inspection to identify additional transactions and customers for follow-up discovery. Plaintiff has requested additional discovery coming out of that inspection and understands that Defendants are currently searching their files for documents responsive to Plaintiff's document requests. The parties are also conferring regarding additional outstanding discovery disputes, including Plaintiff's request that Defendant Gold Coast produce documents regarding transactions and customers at its Lamborghini Downers Grove dealership and certain issues Defendants have raised regarding Plaintiff's responses to requests for production and interrogatories. Plaintiff has substantially completed its review of documents for production within the scope that Plaintiff has agreed to produce.

The parties are committed to continuing to work cooperatively to attempt to resolve remaining disputes regarding the pending discovery requests and will promptly raise those issues for the Court's consideration if they are unable to reach agreement.

The operative case schedule provides for written discovery to be completed by August 21, 2025 (*see* ECF No. 67). The parties believe that additional time beyond August 21 is warranted and necessary to complete document discovery. This need arises in part from the significant volume of transactions and documents of potential relevance in the case, which cover a period of roughly seven years, as well as the fact that the parties' compromises to resolve certain disputes,

*e.g.* the compromise regarding the dealership files inspection, have involved a multi-step process to execute. There is good cause for an extension of the case schedule as it would serve the interests of having this case decided on the merits as informed by a fully-developed discovery record. This request is not being made for purposes of delay, but rather reflects the extended period of time at issue as alleged in Plaintiff's Complaint and the voluminous documentary record accompanying a dispute of the type at issue here.

The parties therefore request that the case schedule be amended as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| **All written discovery commenced in time to be completed by** | August 21, 2025 | November 21, 2025 |
| **Parties shall exchange privilege logs on** | August 21, 2025 | November 21, 2025 |
| **Complete fact discovery by** | November 20, 2025 | February 20, 2026 |
| **Plaintiff to make Rule 26(a)(2) disclosures** | December 18, 2025 | March 18, 2026 |
| **Defendant to make Rule 26(a)(2) disclosures** | February 2, 2026 | May 1, 2026 |
| **Plaintiff to disclose rebuttal experts, if any** | February 23, 2026 | May 22, 2026 |
| **Defendant to disclose rebuttal experts, if any** | March 16, 2026 | June 16, 2026 |
| **Expert depositions shall be completed by** | April 15, 2026 | July 15, 2026 |
| **Dispositive motions may be filed by** | April 30, 2026 | July 30, 2026 |
| **Plaintiff will prepare a draft of the final pretrial order by** | July 10, 2026 | October 9, 2026 |
| **Joint final pretrial order is due by** | July 24, 2026 | October 23, 2026 |
| **Jury trial** | N/A | December 2026 |

The parties intend to continue their settlement discussions and will promptly advise the Court of any material developments in that regard. In the meantime, the parties intend to continue

their discovery work to enable a fully-informed decision on the merits should a decision on the merits be necessary to resolve this case.

We appreciate the Court's time and attention to this matter and its consideration of the parties' request.

Dated: July 25, 2025                                                         Respectfully submitted,

By: */s/ Marlow Svatek*                                                     By: */s/ Eric VanderPloeg*

Owen H. Smith (owen.smith@bfkn.com)                 Ira M. Levin (ilevin@burkelaw.com)
Nicholas W. Laird (nick.laird@bfkn.com)                Eric P. VanderPloeg (evanderploeg@burkelaw.com)
Marlow Svatek (marlow.svatek@bfkn.com)            Brittany Martin (bmartin@burkelaw.com)
Murphy Olivia Glass (olivia.glass@bfkn.com)        Luca J. Giovine (lgiovine@burkelaw.com)

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison, Suite 3900
Chicago, Illinois 60606
T: (312) 984-3100
F: (312) 984-3150

*Counsel for Plaintiff*

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, IL 60611
T | F: (312) 840-7000

*Counsel for Defendants*